# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| VARILEASE FINANCE, INC. and VFI KR SPE I LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHAW ALMEX FUSION, LLC, SHAW-ALMEX INDUSTRIES LTD, SHAW ALMEX AFRICA (PTY) LTD, AND BRISTOL HERRINGTON, INC.,<br><br>    Defendants. | Case No. |

## REGISTRATION OF JUDGMENT

Per 28 U.S.C. § 1963, Varilease Finance, Inc. and VFI KR SPE I LLC hereby register a consent judgment they obtained against Shaw Almex Fusion, LLC, Shaw-Almex Industries Ltd, Shaw Almex Africa (Pty) Ltd, and Bristol Herrington Inc. in a case styled *Varilease Finance, Inc. v. Shaw Almex Fusion, LLC*, Case No. 2:24-cv-12823 (E.D. Mich. July 9, 2025).

Under 28 U.S.C. § 1963, a consent judgment may be "registered by filing a certified copy of the judgment in any other district … when the judgment has become final by appeal or expiration of the time for appeal." The judgment was entered

July 9, 2025, and the time to appeal has now expired. A certified copy of the judgment is attached hereto as Exhibit A.

By registration in this district, the judgment has "the same effect as a judgment of the district court of the district where registered and may be enforced in like manner." 28 U.S.C. § 1963.

Respectfully submitted this 14th day of October, 2025.

>*/s/ Matthew R. Sellers*
>Matthew R. Sellers
>Georgia Bar No. 691202
>Bondurant, Mixson & Elmore, LLP
>3900 One Atlantic Center
>1201 West Peachtree Street, N.W.
>Atlanta, GA 30309
>Tel.: 404-881-4100
>sellers@bmelaw.com
>
>*Attorney for Varilease Finance, Inc. and VFI SPE I LLC*